# ALABAMA COURT OF CRIMINAL APPEALS



November 22, 2024

**CR-2022-1014**

Brian R. Storey v. State of Alabama (Appeal from Madison Circuit Court: CC-98-349.80)

## <u>NOTICE</u>

You are hereby notified that on November 22, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk